UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          **'O'**

| Case No. | 2:15-cv-04101-CAS(FFMx) | | Date | January 14, 2016 |
|---|---|---|---|---|
| Title | JEHAN ZEB MIR V. FRANDZEL, ROBIN, BLOOM, CSATO, LC ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS) - PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AS A MATTER OF COURSE OR, IN THE ALTERNATIVE, TO ALLOW AMENDMENT OF THE COMPLAINT OR, IN THE ALTERNATIVE, TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (dkt. 55, filed January 5, 2016)

 The Court is in receipt of plaintiff's *ex parte* application referenced above ("the application"), dkt. 55, and defendants' opposition to the application, dkt. 54. Having carefully considered the parties' arguments, the Court orders as follows:

> The hearing on defendants' motion to dismiss the complaint, dkt. 20, is hereby continued from Monday, February 1, 2016, to **Monday, February 22, 2016, at 10:00 A.M.**
>
> Plaintiff may file an opposition to defendant's motion to dismiss, dkt. 20, no later than **Thursday, February 4, 2016.** Plaintiff must also serve his opposition on defendants on or before Thursday, February 4, 2016. If plaintiff fails to file and serve an opposition on or before Thursday, February 4, 2016, the Court will take defendants' pending motion to dismiss under submission and vacate the hearing on said motion. See Fed. R. Civ. P. 78; C.D. Cal. Local Rule 7-15. In granting plaintiff this extension to file an opposition, the Court is not granting plaintiff leave, pursuant to Fed.R. Civ. P. 15, to file an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          **'O'**

| Case No. | 2:15-cv-04101-CAS(FFMx) | Date | January 14, 2016 |
|---|---|---|---|
| Title | JEHAN ZEB MIR V. FRANDZEL, ROBIN, BLOOM, CSATO, LC ET AL. | | |

amended complaint in lieu of an opposition to defendants'
pending motion to dismiss.

Defendants may file a reply to plaintiff's opposition on or
before **<u>Friday, February 12, 2016</u>**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |